USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/25/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SERGIO MIRANDA, et al.,

               Plaintiffs,

-against-

CARL'S STEAKS CORP., et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

12 Civ. 8715 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       This Court having held a status conference on April 24, 2014, the following is established on consent:

1. It having been reported to this Court that this action has been or will be settled with respect to Defendants Carl's Steaks Corp., Carl's Steaks Mobile L.L.C., and Carl's Steaks Franchising L.L.C., the action is discontinued as to these parties without prejudice to restoring it to this Court's calendar if such application is made within 30 days of this Order. The Clerk of Court is instructed to terminate these parties;

2. Defendant Carl Provenzano having filed for bankruptcy, this action against him is stayed under 11 U.S.C. § 362;

3. The parties will file a status report when Mr. Provenzano's bankruptcy is finalized or by June 17, 2014, whichever comes sooner.

Dated: April 25, 2014
      New York, New York

                                SO ORDERED:

                                WILLIAM H. PAULEY III
                                U.S.D.J.

-2-

*Copy to:*

Michael A. Faillace, Esq.
Charles R. Fritch, Esq.
Joshua S. Androphy, Esq.
Michael Faillace & Associates, P.C.
60 East 42nd Street, Suite 2020
New York, NY 10165
*Counsel for Plaintiffs*

Carl Provenzano
40 Memorial Highway, Unit 22E
New Rochelle, NY 10801
*Defendant Pro Se*